UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-60185-CIV-WILLIAMS

HOWARD COHAN,

    Plaintiff,

v.

BABY MARATHON, LLC,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's report and recommendation (the "Report") (DE 12) on Plaintiff Howard Cohan's motion for final default judgment against Defendant Baby Marathon, LLC. (DE 10). The Report recommends that Plaintiff's motion be granted in part. No objections to the report were filed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 12) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion for default judgment (DE 10) is **GRANTED IN PART** as set forth in the Report.

3. Plaintiff shall be awarded attorneys fees in the amount of $3,325.00 and costs in the amount of $450.00.

4. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 16th day of November, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE