UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-60185-CIV-WILLIAMS

HOWARD COHAN,

    Plaintiff,

v.

BABY MARATHON, LLC,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

Pursuant to the Court's Order affirming and adopting Magistrate Judge Alicia O. Valle's Report & Recommendation, granting Plaintiff's motion for default judgment in part, it is **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Howard Cohen and against Defendant Baby Marathon, LLC.

**DONE AND ORDERED** in Chambers in Miami, Florida this 16th day of November, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE